Case 2:22-cv-00237-JAG    ECF No. 20    filed 11/18/24    PageID.40    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS BARRIE BAIRD,<br><br>                    Plaintiff,<br><br>  -vs-<br><br>CHRISTOPHER MCDOWELL,<br><br>                    Defendant. | No.  2:22-CV-0237-JAG<br><br>ORDER DISMISSING WITH PREJUDICE |

     The Court issued a show cause order asking Plaintiff to respond by March 1, 2024.  ECF No. 15.  Plaintiff asks for additional time to respond so that he may secure legal representation.  The Court allowed more time, but Plaintiff's never responded to the show cause order.  Upon review of the complaint, Plaintiff states no claim upon which relief can be granted. Plaintiff alleges a violation of the Fair Housing Act, 42 U.S.C. § 3617, but fails to allege that he is a member of protected class or any facts that support a finding that the Defendant violated the Fair Housing Act.  Accordingly, for the reasons described in more detail in the Court's Order Denying Motion for Default and to Show Cause, ECF No. 15, **IT IS HEREBY ORDERED** that the case is **DISMISSED with prejudice**.

     **IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide a copy to *pro se* Plaintiff, issue a judgment in favor of the Defendant and **CLOSE** the case.

     DATED November 18, 2024.



                                                JAMES A. GOEKE
                                  UNITED STATES MAGISTRATE JUDGE

ORDER - 1